NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUEST ANTONIO DAVIS, )
 )
  Appellant, )
 )
v. ) Case No. 2D20-1212
 )
STATE OF FLORIDA, )
 )
  Appellee. )
_____)

Opinion filed September 25, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

   Affirmed.


SILBERMAN, SLEET, and SMITH, JJ., Concur.